IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NUMBER:

ANDREW DEMETRIC GILLUM            4:22-CR-27-AW/MAF
  and
SHARON JANET LETTMAN-HICKS
_____/

## ORDER FOR WARRANTS

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the Defendants,

**ANDREW DEMETRIC GILLUM
and
SHARON JANET LETTMAN-HICKS,**

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such Indictment against the Defendants.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be

placed upon the warrant.

DONE and ORDERED this 7th day of June, 2022, at Tallahassee, Florida.

_____
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE