IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:22cr27-AW/MAF

ANDREW DEMETRIC GILLUM
  and
SHARON JANET LETTMAN-HICKS
_____/

## MOTION TO UNSEAL INDICTMENT

The United States of America requests this Court issue an Order unsealing the Indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The United States filed a motion to seal the Indictment in this matter stating that public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendants to answer the charges. The Court granted that motion on or about June 7, 2022.

2. Defendant Gillum was arrested this morning in Tallahassee, Florida by agents of the Federal Bureau of Investigation (FBI). Defendant Lettman-Hicks has agreed to surrender to the FBI at 11:00 am. Initial appearances for the two defendants

1



will be scheduled for this afternoon in Tallahassee. There is no further reason to keep the Indictment in this case under seal.

WHEREFORE, it is respectfully requested that the Court unseal the Indictment in this matter.

Respectfully submitted, this 22n day of June, 2022.

JASON R. COODY
United States Attorney

STEPHEN M. KUNZ
Assistant U.S. Attorney
Florida Bar No. 322415
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430

## ORDER

The government's motion is granted.

DONE AND ORDERED this the 22d day of June, 2022.

CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE